UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 99 CR 109-1 |
| v. | ) | |
| | ) | |
| LARRY BARNES, | ) | Judge Pallmeyer |
| | ) | |
| Defendant | ) | |
| | ) | |

## RELEASE OF JUDGMENT LIEN

Judgment was entered against the defendant, in the above-entitled cause in the United States District Court, for the Northern District of Illinois under case number 99 CR 109-1. The judgment in the amount of $50,050.00 plus interest, having been paid or otherwise satisfied is hereby released. The Clerk of the United States District Court is hereby authorized and empowered to satisfy said judgment of record. The lien recorded at the Cook County Recorder's Office as document number 00120028, on February 17, 2000 is hereby released.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/ Melissa A. Childs
  MELISSA A. CHILDS
  Assistant United States Attorney
  219 South Dearborn Street
  Chicago, Illinois 60604
  (312) 353-5331

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following documents:

RELEASE OF JUDGMENT LIEN

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on December 6, 2006, to the following non-ECF filers:

Larry Barnes
9244 Mozart
Evergreen Park, IL 60805

                By: s/ Melissa A. Childs
                MELISSA A. CHILDS
                Assistant United States Attorney
                219 South Dearborn Street
                Chicago, Illinois 60604
                (312) 353-5331